124 A.3d 735

COMMONWEALTH of Pennsylvania ex rel.
Michael J. PISKANIN, Petitioner

v.

ATTORNEY GENERAL OF PENNSYLVANIA, Kathleen
G. Kane, Esq. (and Successors); and Pennsylvania
Unified Judicial System, Respondents.

No. 137 MM 2015.

Supreme Court of Pennsylvania.

Oct. 29, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of October, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Review and Writ of Mandamus is **DENIED.**